# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CONNIE STEELMAN,**

                        **Plaintiff,**

**-vs-**                                                    **Case No.  6:11-cv-1283-Orl-22KRS**

**RINGHAVER FUNDING, LLC,**

                        **Defendant.**
_____

## ORDER

This cause is before the Court on Defendant's Motion for Attorney's Fees and Costs (Doc. No. 26) filed on April 20, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.  Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed September 6, 2012 (Doc. No. 46), is

      **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion for Attorney's Fees and Costs (Doc. No. 26), filed on April 20, 2012,

      is **GRANTED IN PART AND DENIED IN PART**.  The Motion is **GRANTED**

to the extent that Defendant is awarded $400 for an expert witness fee as a just cost

pursuant to 28 U.S.C. § 1919.  In all other respects, the Motion is **DENIED**.

3.      The Clerk shall enter a judgment providing that the Defendant, Ringhaver Funding,

LLC, shall recover from the Plaintiff, Connie Steelman, the sum of $400 as a just

cost pursuant to 28 U.S.C. § 1919.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 25, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge